65

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER HOWARD | **FILED** : | CIVIL ACTION |
| v. | FEB 2 8 2008 : | |
| HARRY MASTERSON, et al. | MICHAEL E. KUNZ, Clerk By_____Dep. Clerk | NO. 06-5632 |

**M E M O R A N D U M**

STENGEL, J.                                        FEBRUARY    ,2008

      By Order of this Court dated January 24, 2008, plaintiff was given leave to file an amended complaint. Plaintiff was asked to provide the Court with the information required by Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiff has filed an amended complaint (Document No.6) and a supplemental amended complaint (Document No.7), in which he has attempted to provide the Court with this information. However, his complaint is still deficient.

      Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief. Plaintiff's amended complaints are rambling and contains numerous legal arguments, thus depriving the defendants of fair notice to allow them to respond to his claims. Since plaintiff is pro se, he will be granted leave to file another amended complaint to meet these pleading infirmities.

      If plaintiff intends to pursue this case, he must file an amended complaint in which he describes as clearly and briefly as possible: (1) the specific events or conditions which violated

his constitutional rights; (2) the name of each person who violated his constitutional rights; (3) the dates on which his constitutional rights were violated; (4) the harm he suffered, if any, from each violation; and (5) the specific relief he is requesting.  Plaintiff is reminded of the requirement that he plead specific fact paragraphs in his amended complaint, that he must list the names of all of his defendants in the caption of his complaint, and that he should not make any legal arguments or cite any cases in the complaint.

     An appropriate order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER HOWARD | : | CIVIL ACTION |
| v. | : | |
| HARRY MASTERSON, et al. | : | NO. 06-5632 |

O R D E R

AND NOW, this _28_ day of February, 2008, in accordance with the Memorandum filed this date, IT IS ORDERED that:

This complaint is DISMISSED pursuant to 28 U.S.C. §1915(e), with leave to file another amended complaint as specified in the Memorandum within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.