IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER HOWARD, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| HARRY MASTERON, et al. | : | NO.: 06-5632 |
| Defendants | : | |

## ORDER

**AND NOW**, this 21st day of December, 2009, upon consideration of defendants' motions to dismiss plaintiff's complaint (Doc. #36 and 37), and plaintiffs' responses thereto (Doc. # 39 and #41),[1] IT IS HEREBY ORDERED that:

1. Defendants' motion is **GRANTED**; and

2. The clerk of court shall close this case for statistical purposes.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] Although entitled motions "to seek to file a response to defendant' motion to dismiss nunc pro tunc," documents 39 and 41 have been considered as responses to defendants motions to dismiss.